IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DRAPER FRANK WOODYARD, III, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:26cv25-MHT (WO) |
| MARY B. WINDOM, et al., | ) ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated, filed this lawsuit challenging alleged violations of his rights related to certain prior convictions. The United States Magistrate Judge initially granted plaintiff leave to proceed in forma pauperis. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the order granting plaintiff leave to proceed in forma pauperis be vacated and this case be dismissed without prejudice pursuant to 28 U.S.C. 1915(g). Also before the court are plaintiff's objections to the

recommendation.   After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2026.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE

2