IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DRAPER FRANK WOODYARD,       )
III,                         )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:26cv25-MHT
                             )            (WO)
MARY B. WINDOM, et al.,      )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 9) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 8) is adopted.

(3) The order (Doc. 7) granting plaintiff's applications for leave to proceed in forma pauperis is vacated, and said applications (Doc. 3 and Doc. 5) are denied.

(4) This lawsuit is dismissed without prejudice

pursuant to 28 U.S.C. 1915(g).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of May, 2026.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE

2